EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: Aprobación de Cambio de Estatus Inactivo de enero a septiembre de 2015 | 2015 TSPR 140  193 DPR ____ |
|---|---|

Número del Caso: EM-2015-06

Fecha: 21 de octubre de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero a septiembre de 2015        EM-2015-06

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2015.

Durante el periodo de enero a septiembre de 2015, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**enero**

| | |
|---|---|
| William P. Ramírez de Arellano | 2447 |
| José E. Fernández Seín | 3089 |
| María del S. Santaella Arguinzoni | 3274 |
| Rafael F. Ojeda Colón | 3382 |
| Emilio Pena Fonseca | 3580 |
| Carlos M. Cardona Ramírez | 3822 |
| Ana M. Colón Colón | 4531 |
| Carlos J. Rivera Davis | 5343 |
| Rafael A. Pagán Tubéns | 5373 |
| Fausto E. Ramos Hernández | 5737 |
| Héctor R. Rodríguez Rodríguez | 5763 |
| Joaquín Aguayo Pereles | 5824 |
| Luis A. Arroyo Vélez | 6677 |
| Gladys Barletta Segarra | 6690 |
| Francis A. Pérez Riveiro | 6980 |
| Julia E. Robles de Rossy | 7538 |
| Lissette González Jiménez | 9922 |
| Ghia M. Pieraldi Vassallo | 15,657 |
| Marifé Nazario Yordán | 17,647 |

Aprobación de Cambio de
Estatus Inactivo de
enero a septiembre de 2015                          Página 2

## febrero

| | |
|---|---|
| José L. Calabria Vázquez | 2391 |
| Carlos A. Ruiz Cox | 2870 |
| Pedro L. Martínez Rosa | 4980 |
| Guillermo Gil Bonar | 6010 |
| José A. Pérez Otero | 6997 |
| Jaime Ortiz González | 9439 |
| Carmen M. Feliciano Márquez | 10,173 |
| Dennis R. Román Roa | 10,417 |
| Ángel L. Rodríguez Rivera | 11,683 |
| Rosaida L. Blanco Méndez | 14,103 |
| Ingrid Cruz Reyes | 15,692 |
| Leslie J. Martínez Botet | 16,521 |
| Dulce María Galindo Gnibus | 18,047 |
| Juliana V. Cortés | 18,744 |
| Roberto Ortiz Feliciano | 18,975 |

## marzo

| | |
|---|---|
| Carmen J. Rocafort de López | 2298 |
| Roberto José Maldonado Rivera | 2923 |
| María A. Perales Rodríguez | 3917 |
| Nicolás Crespo Kortright | 4286 |
| Carmen González Hernández | 4295 |
| Emilio L. Díaz González | 4570 |
| Aida Rivera de González | 5730 |
| Sonia Morales Piovanetti | 6996 |
| Virginia Díaz Sánchez | 7967 |
| Priscilla Moreira Avillán | 8155 |
| Carmen Aulet Martínez | 8201 |
| Nylda Castro Colón | 9033 |
| Rebecca M. Rivera Castro | 14,461 |

## abril

| | |
|---|---|
| José A. Marrero Boccheciamp | 2858 |
| Andrés Medina Peña | 2928 |
| Aurea V. Guzmán Narváez | 4543 |
| Armando Marín Arias | 4806 |
| Oswaldo Rivera Maldonado | 5044 |
| Marjorie Rivera Rodríguez | 5196 |
| Juan A. Méndez Miranda | 5691 |
| José A. Norat Ramírez | 6148 |
| Andrés H. Soto Morales | 6324 |
| Darío Domingo Bonet Cedó | 6411 |
| Vanessa García Porrata | 13,205 |
| Sandra I. Velázquez Gómez | 13,771 |
| Jesús E. Irizarry González | 15,245 |
| Angélica M. Rodríguez Meléndez | 16,898 |
| María L. Izquierdo Reyes | 17,012 |
| Juan C. Marrero Zeda | 17,995 |
| Mónica Fornaris Pau | 19,263 |

Aprobación de Cambio de
Estatus Inactivo de
enero a septiembre de 2015                    Página 3

### mayo

| | |
|---|---|
| Roberto Ávila Rivera | 1954 |
| Cruz H. Jiménez Rivera | 2040 |
| Luis F. Negrón García | 2103 |
| María del Carmen Garriga Morales | 2618 |
| Carmen Jiménez Pérez | 3365 |
| Bayardo I. Torres Sierra | 3508 |
| Ana D. Díaz Monclova | 3754 |
| William Dávila De Pedro | 4728 |
| Walter Perales Reyes | 4822 |
| Lucía Rivera González | 5181 |
| Cristobal Gallardo Rodríguez | 5313 |
| Estela I. Vallés Acosta | 5790 |
| Warren Vázquez Sanabria | 6096 |
| Jorge A. González Soto | 11,390 |
| Alexander Zeno Varada | 11,938 |
| Lissette C. Pérez Ramos | 12,876 |
| María S. Toledo González | 13,194 |
| Azalea M. Ortiz Rodríguez | 16,039 |
| Carla J. De la Cruz Brito | 19,210 |
| Dianely Carrión Brunet | 19,460 |

### junio

| | |
|---|---|
| Carmelo Dávila Martínez | 2685 |
| Robinson Acosta Arroyo | 4357 |
| María M. Reyes Vidal | 5702 |
| Felisa Recio Mandés | 8900 |
| Wendy Sue O'Neill | 10,661 |
| Altagracia del Valle | 10,665 |
| Daniel A. Zambrana Santiago | 14,220 |
| Shirley D. Flores Irizarry | 16,982 |
| Patria N. Cardona Aponte | 18,163 |
| José G. Santo Domingo Vélez | 19,738 |

### julio

| | |
|---|---|
| Oscar A. Dávila Suliveres | 3165 |
| Juan Camacho Maldonado | 5249 |
| Adela J. Segarra Palmer | 5886 |
| Carmen Rivera Burgos | 10,505 |
| Natacha Prego Cruz | 11,450 |
| Víctor M. Muñíz Fraticelli | 13,111 |
| Richard Cardona Díaz | 16,987 |
| Ángel E. Rosado Toro | 20,163 |

Aprobación de Cambio de
Estatus Inactivo de
enero a septiembre de 2015                        Página 4

**agosto**

| | |
|---|---|
| Gonzalo J. Barreras Varona | 2255 |
| José Ramos Ortiz | 3265 |
| José F. Sárraga Venegas | 4419 |
| Edda Ponsa Flores | 5407 |
| Juan R. Román Ponce | 5918 |
| Evelyn López Sierra | 7424 |
| Mayra F. Lorenzana Rondón | 7702 |
| María-Pía Labarca Iturrondo | 11,045 |
| Teresita M. Carrión Geigel | 11,159 |
| Rosana M. González Rosa | 13,101 |
| Elisa V. Abruña Ortiz | 14,663 |

**septiembre**

| | |
|---|---|
| Héctor L. Rivera Báez | 1889 |
| Robert C. Howard | 2539 |
| José E. Ayoroa Santaliz | 2585 |
| Celeste Abella Padilla | 3774 |
| Luis Espada Platet | 4056 |
| Pedro A. Del Valle Ferrer | 4939 |
| Esperanza Mejías Báez | 6948 |
| Juan Canino Pieve | 7462 |
| Ramón Suris Fernández | 10,083 |
| Enid I. Febo San Miguel | 13,705 |
| Nicole B. Sánchez Batista | 18,048 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Ana Ileana Oquendo Graulau
Secretaria del Tribunal Supremo